**GRANTED**

*[Signature]*
**Morris B. Hoffman**
District Court Judge
DATE OF ORDER INDICATED ON ATTACHMENT

EFILED Document
CO Denver County District Court 2nd JD
Filing Date: Apr 2 2010 10:34AM MDT
Filing ID: 30380005
Review Clerk: Cameron M Munier

| DISTRICT COURT, DENVER COUNTY, COLORADO | |
|---|---|
| Court Address: 1437 Bannock St., Rm 256<br>Denver, CO 80202<br>Phone number: (720) 865-8301 | |
| Plaintiff:<br><br>KYLE MERLIN GILMAN, | ▲ **COURT USE ONLY** ▲ |
| Defendants:<br><br>LOOMIS ARMORED US, LLC; BILL POWELL;<br>RYAN ANDERSON; McKAY BARNES | Case Number: 2010cv1767<br><br>Courtroom: 3 |

**ORDER GRANTING <u>UNOPPOSED</u> MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

It is hereby ORDERED that plaintiff's <u>Unopposed</u> Motion For Extension Of Time To Answer Or Otherwise Respond To Plaintiff's Complaint is GRANTED. Defendants' Answers or other responsive pleadings are due on or before April 19, 2010.

Dated this ___th day of _____, 2010

_____
DISTRICT COURT JUDGE

\\DENDC\HOME$\bpetrick\My Documents\Proposed Order Motion for EOT.doc

**EXHIBIT K**

| | |
|---|---|
| This document constitutes a ruling of the court and should be treated as such. | |
| Court: | CO Denver County District Court 2nd JD |
| Judge: | Morris B Hoffman |
| File & Serve Transaction ID: | 30335547 |
| Current Date: | Apr 02, 2010 |
| Case Number: | 2010CV1767 |
| Case Name: | GILMAN, KYLE MERLIN vs. LOOMIS ARMORED US LLC et al |
| Court Authorizer: | Morris B Hoffman |

/s/ Judge Morris B Hoffman