**GRANTED**

*Morris B. Hoffman*
District Court Judge
DATE OF ORDER INDICATED ON ATTACHMENT

EFILED Document
CO Denver County District Court 2nd JD
Filing Date: Apr 28 2010 2:44PM MDT
Filing ID: 30829459
Review Clerk: Cameron M Munier

| | |
|---|---|
| DISTRICT COURT, DENVER COUNTY, COLORADO<br><br>Court Address: 1437 Bannock Street<br>             Denver, CO 80202<br><br>Phone Number: (720) 865-8301 | |
| **Plaintiff:** KYLE MERLIN GILMAN<br><br>v.<br><br>**Defendants:** LOOMIS ARMORED US, LLC; BILL POWELL, RYAN ANDERSON; McKAY BARNES | **COURT USE ONLY** |
| George Brauchler, Atty. Reg. #25910<br>Donald L. Salem, Atty. Reg. #31574<br>Feldmann Nagel Brauchler & Weeden<br>1515 Wazee St., Ste 300<br>Denver, CO 80202<br>Telephone: (303) 813-1200<br>Email: dsalem@colo-lawyers.com<br>         gbrauchler@colo-lawyers.com | Case Number: 2010CV1767<br><br>Division         Courtroom |
| **ORDER REGARDING UNOPPOSED MOTION FOR EXTENSION OF TIME** | |

THIS MATTER has come before the Court on Plaintiff's Unopposed Motion for Extension of Time in which to file his Response to Defendants' Motion to Dismiss, the Court being now fully advised in the matter and good cause appearing therefore,

IT IS ORDERED that Plaintiff's Motion is GRANTED. Plaintiff shall have to and including May 25, 2010, within which to respond to Defendants' Motion to Dismiss.

DATED this _____ day of _____, 2010.

BY THE COURT:

_____
District Court Judge

**EXHIBIT Q**

| | |
|---|---|
| This document constitutes a ruling of the court and should be treated as such. | |
| Court: | CO Denver County District Court 2nd JD |
| Judge: | Morris B Hoffman |
| File & Serve Transaction ID: | 30804527 |
| Current Date: | Apr 28, 2010 |
| Case Number: | 2010CV1767 |
| Case Name: | GILMAN, KYLE MERLIN vs. LOOMIS ARMORED US LLC et al |
| Court Authorizer: | Morris B Hoffman |

/s/ Judge Morris B Hoffman