| | |
|---|---|
| DISTRICT COURT, CITY AND COUNTY OF DENVER, STATE OF COLORADO<br>1437 Bannock Street<br>Denver, Colorado 80202 | EFILED Document<br>CO Denver County District Court 2nd JD<br>Filing Date: Jun 14 2010 10:44AM MDT<br>Filing ID: 31615543<br>Review Clerk: Cameron M Munier |
| KYLE MERLIN GILMAN,<br><br>Plaintiff,<br><br>v.<br><br>LOOMIS ARMORED US, LLC, et al.,<br><br>Defendants. | Case No. 10CV1767<br><br><br>COURTROOM 3 |
| **ORDER** | |

    Defendants' "Motion to Dismiss," filed April 19, 2010, is DENIED AS MOOT, the complaint having been amended, and indeed a new motion to dismiss aimed at that amended complaint having been filed.

DONE THIS 14TH DAY OF JUNE, 2010.

                            BY THE COURT:

                            */s/ Morris B. Hoffman*
                            Morris B. Hoffman
                            District Court Judge

cc: All counsel

**EXHIBIT S**