IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-02977-RPM

KYLE MERLIN GILMAN,

     Plaintiff,

v.

LOOMIS ARMORED US, LLC;

     Defendant.

---

## ORDER DISMISSING CASE WITH PREJUDICE

---

Pursuant to Stipulated Notice to Dismiss Action with Prejudice, filed October 31, 2011 [27], it is

ORDERED that this civil action is dismissed with prejudice with each side to bear his or its own attorneys' fees and costs.

Dated:   October 31st, 2011

                                          BY THE COURT:

                                          s/Richard P. Matsch

                                          _____

                                          Richard P. Matsch, Senior District Judge